IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al., | No. C 07-01035 CW |
| Plaintiffs, | ORDER |
| v. | |
| ROYCE B. PETERSON ROOFING, INC., a California corporation dba PETERSON & JENKINS ROOFING COMPANY, | |
| Defendant. / | |

Default having been entered by the Clerk on May 17, 2007,

IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

IT IS FURTHER ORDERED that the Case Management Conference previously set for June 1, 2007, is September 4, 2007, at 2:00 p.m.

Dated: 5/21/07

_Claudia Wilken_
CLAUDIA WILKEN
United States District Judge

cc: Wings