**United States District Court**
For the Northern District of California

1

2

3

4              UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6

7   BOARD OF TRUSTEES OF THE                    No. C-07-01035 CW (JCS)
    BAY AREA ROOFERS HEALTH &
8   WELFARE TRUST FUND, ET AL.,

9              Plaintiff(s),                    **NOTICE OF REFERENCE**

10        v.

11  ROYCE B. PETERSON ROOFING, INC.,
                                                (E-FILING CASES)
12             Defendant(s).
                                        /
13

14  TO ALL PARTIES AND COUNSEL OF RECORD:

15        The above matter has been referred to the undersigned for a report and recommendation

16  regarding Plaintiffs' motion for default judgment, which Judge Wilken ordered to be filed no later

17  than June 20, 2007.  This Court will set a date for the hearing after it receives Plaintiffs' moving

18  papers.

19        All hearing dates are subject to the availability of the Court's calendar.  Please contact the

20  Courtroom Deputy, Karen Hom, at (415) 522-2035, to confirm or, if necessary, reschedule a hearing

21  date.

22                      **LAW AND MOTION PROCEDURES**

23        Civil law and motion is usually heard on Friday mornings, at 9:30 a.m. (except during

24  criminal duty, when it is heard at 1:30 p.m.), in Courtroom A, 15th Floor,  United States District

25  Court, 450 Golden Gate Avenue, San Francisco, California.

26                          **COURTESY COPIES**

27        All documents shall be electronically filed in compliance with the Civil Local Rules.

28  Documents not filed in compliance with those rules will not be considered by the Court.

1    BEFORE NOON ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC

2  FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE

3  **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED "JCS'S CHAMBERS'

4  COPY."  All filings of documents relating to motions referred to the undersigned shall list the civil

5  case number and the district court judge's initials, followed by the designation "(JCS)".

6    The failure of counsel or a party to abide by this Order may result in sanctions pursuant to

7  Fed. R. Civ. P. 16(f).

8    IT IS SO ORDERED.

9

10  Dated:  May 24, 2007

11

12  JOSEPH C. SPERO
    United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California