```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL - STATE BAR #50246
    220 Montgomery Street, Suite 303
 3  San Francisco, California 94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                 NORTHERN DISTRICT OF CALIFORNIA
10
11
    BOARD OF TRUSTEES OF THE BAY AREA  )  NO.  C 07 1035 CW
12  ROOFERS, et al.,                   )
                                       )  JUDGMENT PURSUANT
13                  Plaintiffs,        )  TO STIPULATION
                                       )
14          vs.                        )
                                       )
15  ROYCE B. PETERSON ROOFING INC.,    )
    etc.,                              )
16                                     )
                    Defendant.         )
17  _____)
18
```

19         IT appearing that Plaintiffs BOARD OF TRUSTEES OF THE BAY

20  AREA ROOFERS HEALTH & WELFARE TRUST FUND, PACIFIC COAST ROOFERS

21  PENSION PLAN, EAST BAY/NORTH BAY ROOFERS VACATION TRUST FUND, BAYAREA

22  COUNTIES ROOFING INDUSTRY PROMOTION FUND, BAY AREA COUNTIES ROOFING

23  INDUSTRY APPRENTICESHIP TRAINING FUND; BRUCE LAU, TRUSTEE, through

24  their attorneys, and defendant, ROYCE B. PETERSON ROOFING INC., a

25  California corporation doing business as PETERSON & JENKINS ROOFING

26  COMPANY, have stipulated that Plaintiffs have and recover judgment

27  from Defendants and it appearing that the Stipulation is in all

28  respects proper and that the stipulation provides from judgment

             JUDGMENT PURSUANT TO STIPULATION            1

1 against defendant in the amount of $77,073.59,

2     IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs, BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, EAST BAY/NORTH BAY ROOFERS VACATION TRUST FUND, BAY AREA COUNTIES ROOFING INDUSTRY PROMOTION FUND, BAY AREA COUNTIES ROOFING INDUSTRY APPRENTICESHIP TRAINING FUND; BRUCE LAU, TRUSTEE, have and recover judgment against ROYCE B. PETERSON ROOFING INC., a California corporation doing business as PETERSON & JENKINS ROOFING COMPANY, in the amount of $77,073.59, which amount is composed of the following:

    1.   Contributions due and unpaid to Plaintiff Trust Funds for the months of July 2006 through July 2007 in the amount of $63,873.82;

    2.   Liquidated damages due and unpaid to the Plaintiff Trust Funds for the months of July 2006 through July 2007 in the amount of $12,774.77; and

    3.   Costs of suit incurred in this action in the amount of $425.00.

    IT IS FURTHER ORDERED AND ADJUDGED and agreed by the parties hereto that an abstract of judgment will be recorded.

    9/5/07
Dated: _____

*[signature: Claudia Wilken]*
_____
Honorable Claudia Wilken

JUDGMENT PURSUANT TO STIPULATION    2