```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ROYCE B PETERSON ROOFING INC., etc., <br><br> Defendants. | NO. C 07 1035 CW(WDB) <br><br> ORDER OF EXAMINATION |

To:  Linda Jenkins, Custodian of Records of Judgment Debtor,
     Peterson & Jenkins Roofing Inc.
     861 Warrington Avenue
     Redwood City, CA 94063

You the above named custodian of records of judgment debtor ARE HEREBY ORDERED to appear personally on Monday, March 10, 2008 at 1:00 p.m. at 1301 Clay Street, Oakland, CA , Courtroom 4, before the Magistrate Judge Wayne D. Brazil then and there to be examined on oath concerning your property or other matters material to the proceedings.

You are ordered to bring with you the following documents:

1.  All bank statements, deposits slips and canceled checks for all accounts for September 1, 2007 to date;

ORDER OF EXAMINATION                                                1

1       2. The last tax returns filed with the Franchise Tax
2  Board and the Internal Revenue Service.
3       3.  Copies of all purchase orders, change orders accepted
4  bids, and contracts which relate in any way to work performed by
5  debtor during the period from September 1, 2007 to date as well as for
6  work not yet performed.
7       4.  All accounts receivable lists generated by the
8  Company from July 1, 2007 to date;
9  ////
10 ////
11 ////
12 ////
13 ////
14 ////
15 ////
16 ////
17 ////
18 ////
19 ////
20 ////
21 ////
22 ////
23 ////
24 ////
25 ////
26 ////
27 ////
28 ////

NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.

Dated: 1/25/2008

_____
Magistrate Judge Wayne D. Brazil

ORDER OF EXAMINATION 3