```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>ROYCE B PETERSON ROOFING INC., etc.,<br><br>　　　　　　Defendants. | NO. C 07 1035 CW(JCS)<br><br>ORDER OF EXAMINATION |

To:  Linda Jenkins, Custodian of Records of Judgment Debtor,
     Peterson & Jenkins Roofing Inc.
     861 Warrington Avenue
     Redwood City, CA 94063

You the above named custodian of records of judgment debtor ARE HEREBY ORDERED to appear personally on ~~Monday,~~ Friday, July 31, 2009 at ~~9:00~~ 9:30 a.m. at Courtroom A, 15th Floor, San Francisco, CA 94102, before the Magistrate Judge Joseph C. Spero then and there to be examined on oath concerning your property or other matters material to the proceedings.

You are ordered to bring with you the following documents:

1. All bank statements, deposits slips and canceled checks

ORDER OF EXAMINATION                                               1

1 for all accounts for September 1, 2008 to date;
2     2. The last tax returns filed with the Franchise Tax
3 Board and the Internal Revenue Service.
4     3. Copies of all purchase orders, change orders accepted
5 bids, and contracts which relate in any way to work performed by
6 debtor during the period from September 1, 2008 to date, as well as
7 for work not yet performed.
8     4.  All accounts receivable lists generated by the
9 Company from July 1, 2008 to date;
10 ////
11 ////
12 ////
13 ////
14 ////
15 ////
16 ////
17 ////
18 ////
19 ////
20 ////
21 ////
22 ////
23 ////
24 ////
25 ////
26 ////
27 ////
28 ////

ORDER OF EXAMINATION     2

NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.

Dated:_____

                                            _____
                                            Magistrate Judge Joseph C. Spero