1 | ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
2 | MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
3 | San Francisco, CA  94104
Telephone:  (415) 392-5431
4 |
Attorneys for Plaintiffs
5 |

6 |

7 |
                    UNITED STATES DISTRICT COURT
8 |
                    NORTHERN DISTRICT OF CALIFORNIA
9 |

10 |

11 |

12 | BOARD OF TRUSTEES OF THE BAY AREA  )    NO. C 07 1035 CW(JCS)
ROOFERS, et al.,                   )
13 |                                    )
                       Plaintiffs,  )
14 |                                    )    ORDER OF EXAMINATION
              vs.                   )
15 |                                    )
ROYCE B PETERSON ROOFING INC.,     )
16 | etc.,                              )
                                   )
17 |                       Defendants.  )
_____)
18 |
To:  Linda Jenkins, Custodian of Records of Judgment Debtor,
19 |      Peterson & Jenkins Roofing Inc.
      861 Warrington Avenue
20 |      Redwood City, CA 94063
21 |
          You the above named custodian of records of judgment debtor
22 |                                           Friday
ARE HEREBY ORDERED to appear personally on ~~Monday,~~ July 31, 2009 at
23 |   9:30
~~9:00~~ a.m. at Courtroom A, 15th Floor, San Francisco, CA  94102, before
24 |
the Magistrate Judge Joseph C. Spero then and there to be examined on
25 |
oath concerning your property or other matters material to the
26 |
proceedings.
27 |
          You are ordered to bring with you the following documents:
28 |
          1.  All bank statements, deposits slips and canceled checks

          ORDER OF EXAMINATION                              1

1  for all accounts for September 1, 2008 to date;

2          2. The last tax returns filed with the Franchise Tax

3  Board and the Internal Revenue Service.

4          3.  Copies of all purchase orders, change orders accepted

5  bids, and contracts which relate in any way to work performed by

6  debtor during the period from September 1, 2008 to date, as well as

7  for work not yet performed.

8          4.  All accounts receivable lists generated by the

9  Company from July 1, 2008 to date;

10  ////

11  ////

12  ////

13  ////

14  ////

15  ////

16  ////

17  ////

18  ////

19  ////

20  ////

21  ////

22  ////

23  ////

24  ////

25  ////

26  ////

27  ////

28  ////

ORDER OF EXAMINATION                                    2

1   NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE TIME AND

2   PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND

3   PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER

4   REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE

5   JUDGMENT CREDITOR IN THIS PROCEEDING.

6   Dated: June 12, 2009 _____

7

8   _____
     Magistrate Judge Joseph C. Spero

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER OF EXAMINATION          3