```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>ROYCE B PETERSON ROOFING INC.,<br><br>Defendant. | NO.  C 07 1035 CW (JCS)<br><br>REQUEST FOR CONTINUANCE OF ORDER OF EXAMINATION; ORDER |

Judgment debtor requesting more time, and hoping business will improve, IT IS HEREBY REQUESTED that the Order of Examination of Linda Jenkins be continued from July 31, 2009 to September 11, 2009 at 9:30 a.m. Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco.  Plaintiff shall serve the Judgment Debtor with a copy of this Order by first call mail to Linda Jenkins.

                                                Respectfully submitted.

Date:    July 28, 2009         ERSKINE & TULLEY
                                       A PROFESSIONAL CORPORATION


                                       By: /s/Michael J. Carroll
                                           Michael J. Carroll
                                           Attorneys for Plaintiffs

REQUEST FOR CONTINUANCE OF ORDER OF EXAMINATION         1

1  **ORDER**

2     IT IS HEREBY ORDERED that the Order of Examination date be
3  continued to ~~September 11~~ October 3, 2009, at 9:30 AM.

4  Dated: 8/13/09    _____
                     Magistrate Judge Joseph C. Spero

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]*

REQUEST FOR CONTINUANCE OF ORDER OF EXAMINATION                           2